```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GUMERCINDO DE LA CRUZ,                                             :
:
                Plaintiff,                                       :
:     22-cv-979 (LJL)
      -v-                                                          :
:     ORDER
ARBENI MANAGEMENT COMPANY INC. and H.B.                            :
ASSOCIATES LLC,                                                    :
:
                Defendants.                                      :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      A hearing on the settlement was held on July 22, 2022 and memorialized by transcript. For the reasons stated at that hearing, the Court finds that the settlement is fair and reasonable and approves Plaintiff's counsel's request for attorneys' fees and costs. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012); *see also Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d Cir. 2020).

      Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: July 22, 2022                                   _____
      New York, New York                            LEWIS J. LIMAN
                                                             United States District Judge